FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2015 NOV -4 PM 3: 25

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHRISTOPHER MICHAEL BING )
)
    Petitioner, )
)
v. )  CASE NOS. CV415-002
)           CR412-084
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which an objection has been filed (Doc. 11). After a careful de novo review of the record, the Court finds Petitioner's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion. As a result, Petitioners 28 U.S.C. § 2255 Petition is hereby **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 4th day of November 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA