IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHRISTOPHER MICHAEL BING,     )
                              )
     Petitioner,              )
                              )
v.                            )     CASE NO. CV415-002
                              )              CR412-084
UNITED STATES OF AMERICA,     )
                              )
     Respondent.              )
_____)

# ORDER

Before the Court is Defendant's Motion for Reconsideration. (Doc. 22.)[1] After careful consideration of the record in this case, the Court sees no reason to reconsider its prior order. (Doc. 21.) Accordingly, Defendant's motion is **DENIED**.

SO ORDERED this 25th day of October 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Unless otherwise stated, all citations are to Petitioner's civil docket on this Court's electronic filing system, CV415-002.